CONFORM

JMBM | Jeffer Mangels Butler & Mitchell LLP

1    JEFFER, MANGELS, BUTLER & MITCHELL LLP
2    DAN P. SEDOR, P.C. (Bar No. 139091), *dps@jmbm.com*
     AMY LERNER HILL (Bar No. 216288), *akl@jmbm.com*
3    1900 Avenue of the Stars, Seventh Floor
     Los Angeles, California 90067-4308
4    Telephone: (310) 203-8080
     Facsimile: (310) 203-0567
5
6    Attorneys for Plaintiff
     MOTHER'S NUTRITIONAL CENTER, INC.
7

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                SOUTHERN DIVISION

11

12    MOTHER'S NUTRITIONAL CENTER,    CASE NO. SACV11-00528 CJC((RNBx)
     INC., a California corporation
13                           COMPLAINT FOR:
            Plaintiff,
14                       **1. FEDERAL TRADE DRESS**
         v.                **INFRINGEMENT, VIOLATION**
15                       **OF 15 U.S.C. 1125(a)**
     MARTHA'S NUTRITIONAL CENTER
16    a/k/a MARTHA'S MARKET a/k/a      **2. UNFAIR BUSINESS PRACTICES,**
     MARTHA'S MARKET NUTRITIONAL    **CAL. BUS. & PROF. CODE § 17200**
17    CENTER, a business entity of unknown    ***ET SEQ.***
     form; and DOES 1 through 10 inclusive,
18                       **3. COMMON LAW TRADE DRESS**
         Defendants.           **INFRINGEMENT**
19

20                       **DEMAND FOR JURY TRIAL**

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

7709300v1

Plaintiff Mother's Nutritional Center, Inc. ("MNC"), for its Complaint, alleges as follows:

## JURISDICTION

1.     MNC brings this action for injunctive relief and damages for federal trade dress infringement in violation of 15 U.S.C. 1125(a), California State unfair business practices in violation of Cal. Bus. & Prof. Code § 17200 et seq., and common law trade dress infringement.  This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).  This Court has supplemental jurisdiction over the claims alleging violations of state law pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

## THE PARTIES

2.     MNC is a California corporation having offices at 13635 Freeway Dr., Santa Fe Springs, CA 90670.

3.     MNC is informed and believes, and on that basis alleges that, defendant Martha's Nutritional Center a/k/a Martha's Market a/k/a Martha's Market Nutritional Center ("Martha's") is a business entity of unknown form located in Santa Ana, California.  MNC further alleges that Martha's, at all relevant times hereto, has been and is doing business in this judicial district.

4.     The true names and capacities of defendants named herein as Does 1 through 10, inclusive, including the owner and/or operator of Martha's, are presently unknown to MNC who therefore sues those defendants by such fictitious names.  MNC will seek leave of Court to amend this Complaint to allege the true names and capacities of the fictitiously named defendants when that information is obtained

5.     Defendants Martha's and Does 1-10, inclusive, are collectively referred to herein as the "Defendants."

6.     MNC is informed and believes, and on that basis alleges, that each of the Defendants conspired and acted in concert with the others to commit the wrongs

PRINTED ON
RECYCLED PAPER

7709300v1

- 1 -

1   against MNC alleged herein and, in doing so, were at all relevant times the agents,

2   servants, employees, principals, joint venturers, alter egos, and/or partners of each

3   other.  MNC is further informed and believes, and on that basis alleges, that in doing

4   the things alleged in this Complaint, each of the Defendants was acting within the

5   scope of authority conferred upon that Defendant by the consent, approval and/or

6   ratification of the other Defendants, whether said authority was actual or apparent.

7

## INTRODUCTION

8       7.    This Complaint is necessitated by the bad faith and fraudulent actions of

9   Defendants, who have, *inter alia*, misappropriated the unique trade dress MNC uses

10   to identify and distinguish its stores.

11       8.    MNC began as a family business based on the idea of providing

12   assistance to new and expectant mothers under a federally-funded program for

13   purchasing groceries.  From the beginning, MNC has maintained and fostered a

14   clean, family-friendly environment aimed at providing a pleasant and comfortable

15   shopping experience for its customers, while also distinguishing itself from its

16   competitors.  Through these efforts, MNC has established itself as the premier store

17   of its kind in Southern California.  As part of its efforts, MNC carefully designed all

18   aspects of the appearance of its stores, establishing a protectible trade dress.

19       9.    Defendants operate a competing market that offers goods and/or services

20   that are similar to those MNC offers in its stores.

21      10.   Defendants have adopted a trade dress in their market that is confusingly

22   similar to MNC's unique and protectible trade dress.  Specifically, Defendants' store

23   features, *inter alia*: a confusingly similar color scheme as MNC's stores, confusingly

24   similar counter and floor designs, and confusingly similar signage, thus

25   demonstrating an intent to mislead consumers.

26      11.   Defendants are fraudulently misleading the public as to the source of

27   Defendants' good and services.  Defendants' actions are taken with full knowledge of

28

1  MNC's intellectual property rights.  This lawsuit is necessary to protect MNC's

2  reputation and valuable intellectual property rights and to avoid further harm.

3  ## FACTS COMMON TO ALL CLAIMS FOR RELIEF

4  ### MNC's Business

5  12.    Established in 1995, MNC is a growing chain of over 70 "WIC Only"

6  grocery stores in Southern California.  In other words, each of MNC's grocery stores

7  sell groceries exclusively as part of the federally funded Special Supplemental

8  Program for Women, Infants and Children ("WIC").  Most of its stores are located in

9  strip malls.

10  13.    The WIC program is a federally funded program, similar to the food

11  stamps program, that is available to new and expecting mothers, infants, and children

12  aged 5 and under, that meet certain income guidelines.  Qualified participants may

13  obtain vouchers which can be redeemed for specific food items at licensed and

14  designated WIC vendors, such as MNC.

15  14.    Mothers and expectant mothers obtain vouchers from one of the state-

16  run WIC offices.  Under the original rules of the WIC program, mothers and

17  expectant mothers were, at the time they obtained their vouchers, required to select

18  the specific WIC vendor at which they would redeem their vouchers.  The name of

19  that WIC vendor was then placed on the vouchers, and those vouchers were

20  redeemable only at the listed WIC vendor.

21  15.    On or about October 30, 2006, the WIC program altered its procedures

22  for redeeming vouchers.  Program participants are no longer required to select a

23  specific WIC vendor at the time they obtain their vouchers.  Instead, WIC vouchers

24  are now issued without regard to a particular vendor and can be redeemed at any

25  licensed WIC vendor.

26  16.    MNC began as a family business.  As the company has grown, MNC has

27  striven to maintain a family sensibility in each of its stores.  From its beginning,

28  MNC has diligently worked to distinguish itself from other WIC vendors in this

PRINTED ON
RECYCLED PAPER

7709300v1

- 3 -

sense, in the spirit of their mottos, "Come Home to Mother's" and "Experience the Difference." A primary goal of MNC is that all customers enjoy a pleasant shopping experience in MNC's familiar settings. MNC's stores have come to be known as exceptionally clean, with helpful and friendly employees. MNC's employees help customers to their cars and each MNC's store features a learning and play area for children.

### MNC's Trade Dress

17. Since its inception, MNC has carefully selected unique colors and images that would become familiar to its patrons and make MNC's stores singularly identifiable within the WIC industry. MNC's stores' unique appearance consists of at least the following elements (hereinafter referred to as the "Trade Dress"):

a) A bright, contemporary internal color scheme, including brightly colored walls and floors in orange, green, and yellow;

b) Prominently displayed signage featuring various bright colors, including, including pink, orange and green;

c) Floors with yellow, green, and orange geometric shapes;

d) Children's play area inside the store with toys on the walls;

e) Counters with orange tops, and yellow squares with orange borders on the sides;

f) "Slat" shelving, *i.e.* shelves suspended directly from white slat walls, rather than traditional racks of shelves;

g) Metal wire racks to store and/or display juice;

h) Brightly colored soffit design above the product displays;

i) Orange baskets for customers' produce; and

j) Unique produce case layout and display.

18. MNC's unique Trade Dress is widely known among participants in the WIC program.

PRINTED ON
RECYCLED PAPER

7709300v1

- 4 -

JMBM | Jeffer Mangels
Butler & Mitchell LLP

19.    In the past several years alone, MNC has spent millions of dollars on its marketing media campaigns, in both English and Spanish.  MNC's print and television advertisements often feature its Trade Dress.  As a result of its extensive advertising and continuous and ever-expanding presence, MNC has accumulated significant goodwill in its Trade Dress, and consumers have come to identify MNC by its Trade Dress, and associate both that Trade Dress and the MNC name, with clean, pleasant, high-quality stores.

<u>Defendants' Infringing Conduct</u>

20.    Defendants operate a store located at 1007 S. Bristol Street #A, Santa Ana, California, 92703.  Upon information and belief, like MNC's stores, Defendants' store is a WIC Only store located in a strip mall.

21.    Defendants employ a trade dress at their store that is confusingly similar to MNC's unique and protected Trade Dress.  Upon information and belied, the trade dress used by Defendants (hereinafter the "Infringing Trade Dress") includes, but is not limited to, the following:

a)    A bright, contemporary internal color scheme, that is similar to the one used by MNC in its stores, including brightly colored walls and floors;

b)    Prominently displayed signage that also features various bright colors;

c)    Floors with yellow, green, and orange geometric shapes that are similar to the ones on MNC's stores;

d)    Children's play area inside the store with toys on the walls similar to the ones in MNC's stores;

e)    Counters with orange tops, and yellow squares with orange borders on the sides that are similar, if not identical, as the ones in MNC's stores;

f)    "Slat" shelving, rather than traditional racks of shelves, that are similar to the ones used in MNC's stores;

7709300v1

1            g)     Metal wire racks to store and/or display juice that are

2   similar to the ones used in MNC's stores;

3            h)     Brightly colored soffit design above the product displays

4   that is similar to the ones on MNC's stores;

5            i)     Orange baskets for customers' produce that are similar to

6   the ones used in MNC's stores; and

7            j)     The same or similar produce case and layout/scheme design

8   for the produce display as the ones used in MNC's stores.

9       22.    Upon information and belief, Defendants adopted and began using the

10   Infringing Trade Dress after MNC adopted and began using its Trade Dress.

11       23.    Defendants' store is of an inferior quality to MNC's stores. Yet based on

12   the confusing similarity between MNC's Trade Dress and Defendants' Infringing

13   Trade Dress, as described above, when customers encounter Defendants' store, they

14   are likely to be confused into believing that Defendants' store is authorized,

15   sponsored by, or somehow affiliated with MNC, which is not the case.

16       24.    As a result of the Defendants' misappropriation of the unique Trade

17   Dress used by MNC to identify its stores, the harm to MNC is direct and palpable.

18   The reputation, goodwill, and standards of excellence that MNC has worked so

19   diligently to achieve are in jeopardy. MNC has no way to control the quality of

20   Defendants' store or services, and any problems arising in connection with

21   Defendants' store or services may well negatively and detrimentally impact the

22   reputation and goodwill MNC has gained among its customers.

23                            **FIRST CLAIM FOR RELIEF**

24       (Federal Trade Dress Infringement in Violation of 15 U.S.C. § 1125(a))

25       25.    MNC realleges and incorporates by reference Paragraphs 1 through 24

26   above as though fully set forth herein.

27       26.    For many years, MNC has used its distinctive Trade Dress in commerce

28   in connection with its chain of WIC Only stores. The Trade Dress, described above,

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

7709300v1

is comprised of distinctive features which are protected under Lanham Act § 43(a). MNC's Trade Dress is either inherently distinctive or, as result of its long-standing continuous use, has acquired secondary meaning whereby the relevant consuming public and the trade associate these features with a single source.

27.    Defendants are using in commerce trade dress that is confusingly similar to MNC's unique and protectible Trade Dress.

28.    MNC is informed and believes, and based thereon alleges, that in adopting the Infringing Trade Dress, Defendants intended to and did confuse, mislead, and/or deceive the public into believing that MNC somehow authorized, sponsored, approved, or licensed Defendants' store, which is not the case.

29.    These impressions created by Defendants were and are false.  In fact, MNC has not authorized, sponsored, licensed, or given permission to Defendants to use MNC's protected Trade Dress, or the Infringing Trade Dress, or any trade dress similar thereto, in any manner whatsoever.

30.    MNC is informed and believes, and based thereon alleges, that Defendants' conduct as alleged herein was willful and undertaken with knowledge that the Infringing Trade Dress as used by Defendants is confusingly similar to MNC's Trade Dress and that its use would confuse, mislead, and/or deceive the public into believing that MNC somehow authorized, sponsored, approved, or licensed Defendants' store.

31.    As a direct and proximate result of Defendants' actions as described herein, MNC has suffered and will continue to suffer irreparable damage to its business, reputation and good will.

32.    Pursuant to 15 U.S.C. § 1116(a), MNC is entitled to an order enjoining Defendants' from using MNC's Trade Dress, the Infringing Trade Dress, or any trade dress similar thereto.  Pursuant to 15 U.S.C. § 1117(a), MNC is entitled to an order requiring Defendants to account to MNC for any and all profits derived by Defendants from their wrongful actions, and to an order awarding all damages

PRINTED ON
RECYCLED PAPER

7709300v1

- 7 -

1   sustained by MNC by reason of the infringement caused by Defendants.

2   Additionally, MNC is informed and believes, and on that basis alleges, that

3   Defendants' conduct alleged herein was intentional and in conscious disregard of

4   MNC's rights.  Pursuant to 15 U.S.C. § 1117(a), MNC is entitled to an award of treble

5   damages and/or enhanced profits against Defendants.

6       33.   Defendants' acts make this an exceptional case under 15 U.S.C.

7   § 1117(a) and, therefore, MNC is entitled to an award of its attorneys' fees and costs.

8                      **SECOND CLAIM FOR RELIEF**

9           (Unfair Business Practices in Violation of Cal. Bus. & Prof. Code §

10                          17200 *et seq.*)

11      34.   MNC realleges and incorporates by reference Paragraphs 1 through 33

12  above as though fully set forth herein.

13      35.   Defendants' acts alleged herein constitute unlawful, unfair, and/or

14  fraudulent business acts or practices and/or misleading advertising pursuant to

15  California Business & Professions Code § 17200 *et seq.*

16      36.   MNC has been damaged and will continue to be damaged by

17  Defendants' unlawful, unfair and/or fraudulent business acts or practices and/or

18  misleading advertising as alleged herein.

19      37.   MNC is entitled to an injunction prohibiting Defendants, their officers,

20  agents, employees, and all persons acting in concert with them, from continuing the

21  practices alleged herein, and MNC is entitled to restitution of all amounts acquired by

22  Defendants by means of such wrongful acts from Defendants as a result of the

23  unlawful, unfair, and/or fraudulent business practices alleged herein.

24                      **THIRD CLAIM FOR RELIEF**

25              (Common Law Trade Dress Infringement)

26      38.   MNC realleges and incorporates by reference Paragraphs 1 through 37

27  above as though fully set forth herein.

28

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Mitchell LLP

7709300v1

1      39.    Defendants' conduct constitutes trade dress infringement under

2 California law.

3      40.    By reason of Defendants' conduct MNC has sustained and will continue

4 to sustain substantial injury, loss and damage.

5      41.    Further irreparable harm and injury to MNC is imminent as a result of

6 Defendants' conduct, and MNC is without an adequate remedy at law. MNC is

7 entitled to an injunction restraining Defendants, their agents, employees,

8 representatives and all persons acting in concert with them from engaging in further

9 acts of trade dress infringement.

10      42.    MNC is further entitled to recover from Defendants the damages

11 sustained by MNC as a result of Defendants' acts of trade dress infringement, in an

12 amount to be proven at trial.

13      43.    MNC is informed and believes, and on that basis alleges, that

14 Defendants' conduct was willful, fraudulent and malicious and MNC is thereby

15 entitled to punitive damages.

16                          **PRAYER FOR RELIEF**

17      WHEREFORE, MNC prays for judgment against Defendants as follows:

18      A.     For permanent injunctive relief against Defendants, enjoining and

19 restraining Defendants, and all their officers, directors, stockholders, owners, agents,

20 representatives, servants and employees, and all those acting in concert or privity

21 therewith, from directly or indirectly:

22        1.     infringing MNC's trade dress rights in any way, including, without

23 limitation, MNC's Trade Dress as described herein;

24        2.     using any false or misleading designation of origin, or any false or

25 misleading description or statement, including, without limitation, MNC's Trade

26 Dress as described herein, that can, or is likely to, lead the consuming public or

27 individual members thereof, to believe that any product or service provided by

28

PRINTED ON
RECYCLED PAPER

7709300v1

- 9 -

1    Defendants is in any manner associated or connected with MNC, or is sponsored,

2    approved or authorized by MNC; and

3              3.    engaging in any unfair business practices or acts of unfair

4    competition in any manner with respect to MNC's trade dress, without limitation,

5    MNC's Trade Dress as described herein.

6    B.    Ordering Defendants to file with the Court and to serve on counsel for

7    MNC, within thirty (30) days from entry of an injunction, a report setting forth the

8    manner and form in which Defendants have complied with the injunction.

9    C.    For an order that, by the acts complained of herein, Defendants have

10   infringed MNC's rights in and to its Trade Dress, in violation of 15 U.S.C. 1125(a).

11   D.    For an order that, by the acts complained of herein, Defendants have

12   engaged in unlawful, unfair and/or fraudulent business acts or practices, in violation

13   of Cal. Bus. & Prof. Code § 17200 *et seq.*

14   E.    For an order that, by the acts complained of herein, Defendants have

15   infringed MNC's common law trade dress rights.

16   F.    For an order awarding MNC general and/or specific damages, in an

17   amount to be fixed by the Court in accordance with proof, including enhanced and/or

18   exemplary damages, as appropriate, as well as all of Defendants' profits or gains of

19   any kind from Defendants' wrongful acts; and further for an order that such acts were

20   willful and wanton, thereby justifying an award, where appropriate, of treble or

21   enhanced damages.

22   G.    For an order awarding MNC restitution of all amounts obtained by

23   Defendants by means of their wrongful acts described herein;

24   H.    For an order awarding MNC its costs and attorneys' fees incurred in

25   prosecuting this action.

26   I.    For an order awarding MNC costs of suit and pre-judgment interest.

27

28

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON
RECYCLED PAPER

7709300v1

- 10 -

1          J.      For an order awarding MNC such other and further relief as the Court

2   deems just and proper.

3

4   DATED:  April 6, 2011                          JEFFER, MANGELS, BUTLER & MITCHELL LLP
                                                    DAN P. SEDOR, P.C.
5                                                   AMY LERNER HILL

6

7                                                   By:_____

8                                                              DAN P. SEDOR
                                                    Attorneys for Plaintiff MOTHER'S
9                                                   NUTRITIONAL CENTER, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

7709300v1

- 11 -

1

### DEMAND FOR JURY TRIAL

2      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff

3  Mother's Nutritional Center, Inc. hereby demands trial by jury on all issues raised by

4  the Complaint.

5

6  DATED:  April 6, 2011

JEFFER, MANGELS, BUTLER & MITCHELL LLP
DAN P. SEDOR, P.C.
AMY LERNER HILL

7

8

9  By: _____

10                     DAN P. SEDOR
    Attorneys for Plaintiff MOTHER'S
11  NUTRITIONAL CENTER, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7709300v1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 528 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AMY. LERNER HILL (Bar No. 216288) akl@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor,
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Attorneys for: Plaintiff, MOTHER'S NUTRITIONAL
CENTER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHER'S NUTRITIONAL CENTER, INC., a California corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>MARTHA'S NUTRITIONAL CENTER a/k/a MARTHA'S MARKET a/k/a MARTHA'S MARKET NUTRITIONAL CENTER, a business entity of unknown form; and DOES 1 THROUGH 10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV11-00528** CJC (RNBx)<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): <u>Martha's Nutritional Center a/k/a Martha's Market a/k/a Martha's Market Nutritional Center, a business entity of unknown form; and Does 1 through 10, inclusive</u>

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Dan P. Sedor</u>, whose address is <u>Jeffer Mangels Butler & Mitchell LLP, 1900 Avenue of the Stars, 7th Floor, Los Angeles CA (310) 203-8080</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR - 6 2011 _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MOTHER'S NUTRITIONAL CENTER, INC., a California corporation | MARTHA'S NUTRITIONAL CENTER a/k/a MARTHA'S MARKET a/k/a MARTHA'S MARKET NUTRITIONAL CENTER a business entity of unknown form; and DOES 1 THROUGH 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Dan P. Sedor, P.C. (Bar No. 139091) dps@jmbm.com<br>Amy Lerner Hill (Bar No. 216288), akl@jmbm.com<br>Jeffer Mangels Butler & Mitchell LLP<br>1900 Avenue of the Stars, 7th Fl, Los Angeles CA 90067<br>(Phone) (310) 203-8080     (Fax) 310-203-0567 | |

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from another district (specify):  
☐ 6 Multi-District Litigation  
☐ 7 Appeal to District Judge from Magistrate Judge

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No     ☒ MONEY DEMANDED IN COMPLAINT: $ Amount to be determined at trial.

## VI. CAUSE OF ACTION (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

(1) 15 U.S.C. 1125(a), (2) Cal. Bus. & Prof. Code Section 17200 et. seq., (3) Common Law Trade Dress Infringement

## VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R.& Truck | ☐ 61 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

| FOR OFFICE USE ONLY: | Case Number: | SACV11-00528 |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

                    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

                    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                    ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):               Date  April 6, 2011

Dan P. Sedor

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

American LegalNet, Inc.
www.FormsWorkflow.com