**Jeffer Mangels Butler & Mitchell LLP**
Dan P. Sedor, Esq. (Bar No. 139091)
dps@jmbm.com
Amy Lerner Hill, Esq. (Bar No. 216288)
akl@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Tel: (310) 203-8080/Fax: (310) 203-0567

Attorneys for Plaintiff,
**MOTHER'S NUTRITIONAL CENTER, INC.**

Marc E. Hankin (SBN 170505)
marc@hankinpatentlaw.com
**HANKIN PATENT LAW, APC**
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Tel: (323) 944-0206/Fax: (323) 944-0209

JS-6

Attorneys for Defendant,
**MARTHA'S NUTRITIONAL CENTER a/k/a MARTHA'S MARKET a/k/a MARTHA'S MARKET NUTRITIONAL CENTER**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHER'S NUTRITIONAL CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA'S MARKET, Inc., a California corporation; MARTHA'S MARKET, INC. dba MARTHA'S MARKET NUTRITIONAL, a business entity of unknown form, and DOES 1 through 10 inclusive,<br><br>Defendant. | **Case No. SACV11-528-CJC (RNBx)**<br><br>[PROPOSED]<br><br>**ORDER DISMISSING COMPLAINT AND THE ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br>**ACTION FILED: APRIL 6, 2011**<br><br>**U.S. DISTRICT JUDGE CORMAC J. CARNEY** |

# ORDER

The Court having read and reviewed the concurrently filed Stipulation for Entry of Order Dismissing Complaint, and good cause therefor appearing, the Court hereby approves the Stipulation and Orders as follows.

IT IS HEREBY **ORDERED**:

1. The Action and all claims for relief therein are hereby DISMISSED WITH PREJUDICE.

2. Each of the Parties shall bear its own attorneys' fees and costs incurred in connection with this action.

3. No Party may take an Appeal from this Dismissal.

**IT IS SO ORDERED**.

DATED: August 31, 2011  _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE